**Opinion issued September 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00693-CV

————————————

## IN RE CLAIMTECH SOLUTIONS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator ClaimTECH Solutions has filed a petition for writ of mandamus complaining of the trial court's order denying its Rule 91a motion to dismiss.[1] We

---

[1] The underlying case is *Breyani Holman Individually A/N/F/ of G.A.H. v. ClaimTECH Solutions and Liberty Mutual Insurance Company*, cause number 2024-64346, pending in the 333rd District Court of Harris County, Texas, the Honorable Tracy Dwight Good presiding.

deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.